**NOT**
**PATRICK W. KANG, ESQ.**
State Bar No.: 010381
**ERICA D. LOYD, ESQ.**
State Bar No.: 010922
**KANG & ASSOCIATES, PLLC.**
6480 W. Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468

*Attorneys for Plaintiff*
*Sean Lewis*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN LEWIS, an Individual, an Individual, | Case No.: 2:13-CV-00708-JCM-CWH |
| Plaintiff, | |
| vs. | |
| ROOF DECK ENTERTAINMENT, LLC., a Nevada Corporation; BUDDHA ENTERTAINMENT, LLC., a Nevada Corporation; STRIP VIEW ENTERTAINMENT LLC., a Nevada Corporation, DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive. | **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS WITH PREJUDICE** |
| Defendants. | |

**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, SEAN LEWIS, by and through his counsel of record, the law firm of KANG & ASSOCIATES, PLLC., and Defendants, ROOF DECK ENTERTAINMENT, LLC., BUDDHA ENTERTAINMENT, LLC., AND STRIP VIEW

~ 1 ~

ENTERTAINMENT, LLC., by and through their counsel of record, the law firm of GREENBERG TRAURIG, LLP, that the above captioned matter is hereby dismissed with prejudice, in its entirety, with each party to bear its own attorneys' fees and costs.

Dated this 18th day of March, 2014

**GREENBERG TRAURIG**

 /s/ Mark E. Ferrario, Esq. 
Mark E. Ferrario, Esq.
Nevada Bar No.: 001625
3773 Howard Hughes Pkwy
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendants*

Dated this 18th day of March, 2014

**KANG & ASSOCIATES, PLLC**

  /s/ Erica D. Loyd, Esq. 
Erica D. Loyd, Esq.
Nevada Bar No.: 10922
6480 W. Spring Mountain Road
Suite 1
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

## ORDER

IT IS HEREBY ORDERED that all of Plaintiff's claims and causes of action against Defendants in this litigation are DISMISSED WITH PREJUDICE, each party to bear their own attorneys' fees and costs.

DATED March 20, 2014.

_____
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully Submitted By:

**KANG & ASSOCIATES, PLLC.**

  /s/ Erica D. Loyd, Esq. 
Erica D. Loyd, Esq.
Nevada Bar No.: 10922
6480 W. Spring Mountain Road
Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468

~ 2 ~